UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

CATHLEEN MELISSA GOLDEN

                                        Plaintiff,

     **-v.-**

                                        Civil Action No.
                                        5:12-cv-665 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                                        Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

Law Offices of Kenneth Hiller, PLLC    JAYA A. SHURTLIFF, ESQ.
6000 North Bailey Avenue                  KENNETH R. HILLER, ESQ.
Suite 1A
Amherst, New York 14226

**FOR THE DEFENDANT:**

Social Security Administration             SANDRA M. GROSSFELD, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

# ORDER

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed August 28, 2013. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed August 28, 2013 (Dkt. No. 16) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED that the Commissioner's decision denying disability benefits is REVERSED and the case REMANDED pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings in accordance with the recommendation; and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated: September 18, 2013
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court